UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　　　　**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

JONATAN TRIMINO

　　　　　　　　　　　　　　　　　　Defendant(s).
------------------------------------------------------------------X

Defendant __Jonatan Trimino_____ hereby voluntarily consents to participate in the following proceeding via _✓_ videoconferencing or _✓_ teleconferencing:

_✓_　Initial Appearance Before a Judicial Officer

___　Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___　Bail/Detention Hearing

___　Conference Before a Judicial Officer

__/s/ Jonatan Trimino by JCM on consent__　　　　__[signature]__
Defendant's Signature　　　　　　　　　　　　　Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Jonatan Trimino_____　　　　　　　　__Howard E. Tanner_____
Print Defendant's Name　　　　　　　　　　　Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__2/18/2021_____　　　　　　　　__Judith C. McCarthy_____
Date　　　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge