**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

February 25, 2021

Honorable Judith C. McCarthy
United States Magistrate Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF AND EMAIL/PDF

Re:   *USA v. Jonatan Trimino*, 21-mj-01888
      Letter Motion to Modify Bond Conditions

Dear Judge McCarthy:

I am appointed to represent the defendant Jonatan Trimino pursuant to CJA (ECF Doc No. 5). On February 18, 2021, after a Detention Hearing, Your Honor set bail conditions which included an unsecured $25,000 personal recognizance bond cosigned by two financially responsible persons, electronic monitoring with home detention, restriction of travel, mental health treatment and other conditions. The defendant was released on his signature with a deadline for the sureties to co-sign the bond by Wednesday, March 3, 2021.

While the defendant has one surety who has committed to sign and who has been interviewed by the Government, he is unable to secure a second signer. Based upon his compliance with Pretrial Services and the quality of the single surety presented, I write to the Court, with the Government's consent, to reduce the number of sureties from two to one, leaving all other previous conditions of release in place.

Thank you, Your Honor, for your consideration of this matter.

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.
2/26/21

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:   AUSA Nicholas Bradley (By ECF and Email/PDF)